1002

No. 89–193.  DISTRICT NO. 1, PACIFIC COAST DISTRICT, MARINE ENGINEERS' BENEFICIAL ASSN., ET AL. v. FINNIE.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 89–387.  POSS ET AL. v. HOWARD ET AL.  C. A. 11th Cir. Certiorari denied.

No. 89–454.  AMOCO PRODUCTION CO. v. LUJAN, SECRETARY OF THE INTERIOR, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–455.  CLOUD v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–471.  CONSTANT v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 89–475.  PEAT MARWICK MAIN & CO. v. ROBERTS ET AL. C. A. 9th Cir.  Certiorari denied.

No. 89–488.  SEPULVEDA ET AL. v. PACIFIC MARITIME ASSN. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–496.  STICH v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (JENSEN, JUDGE, SUPERIOR COURT OF CALIFORNIA, SOLANO COUNTY, ET AL., REAL PARTIES IN INTEREST).  C. A. 9th Cir.  Certiorari denied.

No. 89–551.  MOOR v. CITY OF AUBURN HILLS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–573.  BOB HERBERT & ASSOCIATES, INC. v. KING MANUFACTURING & SALES, INC.  C. A. 10th Cir.  Certiorari denied.

No. 89–623.  AVILA v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 89–625.  HILL v. FLORIDA BAR.  Sup. Ct. Fla.  Certiorari denied.

No. 89–627.  STANFIELD v. HORN ET AL.  C. A. 6th Cir.  Certiorari denied.